**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Unknown Ritik, | No. CV-26-02385-PHX-KML (JFM) |
| Petitioner, | **ORDER** |
| v. | |
| Eric Rokosky, et al., | |
| Respondents. | |

Petitioner challenged his present immigration detention, arguing he was released from immigration detention and redetained without due process. (Doc. 1.) The court directed respondents to show cause why the petition should not be granted. (Doc. 3.) Respondents' response stated:

Respondents do not oppose Petitioner's release at this time.

(Doc. 4.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for release from custody.

**IT IS THEREFORE ORDERED** petitioner's petition for writ of habeas corpus (Doc. 1) is **granted** as to his request for release from custody. The remainder of the petition is denied as moot.

**IT IS FURTHER ORDERED** respondents must immediately release petitioner from custody.

**IT IS FURTHER ORDERED** respondents must provide a notice of compliance within two business days of petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the clerk of court shall enter judgment in petitioner's favor and close this case.

Dated this 21st day of April, 2026.

Honorable Krissa M. Lanham
United States District Judge

- 2 -